**FILED**
8:26 am, Jul 6, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −42)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 767 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 06, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

### SCHEDULE CTO−42 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 18−00582 | Pike County, Alabama v. Amerisourcebergen Drug Corporation et al (JOINT ASSIGN) |
| COLORADO | | | |
| CO | 1 | 18−01434 | City of Lakewood, The et al v. Purdue Pharma L.P. et al |
| CO | 1 | 18−01479 | Pueblo County v. Purdue Pharma L.P. et al |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 18−01454 | City of Pinellas Park v. Amerisourcebergen Drug Corporation et al |
| GEORGIA MIDDLE | | | |
| GAM | 7 | 18−00090 | LOWNDES COUNTY GEORGIA v. PURDUE PHARMA LP et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 18−02865 | Cobb County v. Purdue Pharma L.P. et al |
| INDIANA NORTHERN | | | |
| INN | 3 | 18−00463 | Peru Indiana City of v. AmerisourceBergen Drug Corporation et al |
| INN | 4 | 18−00040 | Tippecanoe County Indiana v. AmerisourceBergen Drug Corporation et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−01836 | CITY OF LAWRENCE, INDIANA v. CARDINAL HEALTH, INC., et al |
| INS | 1 | 18−01866 | CITY OF MONTPELIER, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

| | | | |
|---|---|---|---|
| INS | 1 | 18−01872 | CITY OF HARTFORD, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 18−11138 | Town of Norwell, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11139 | Town of Pembroke, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11141 | Town of Plainville, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11142 | Town of Rockland, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11148 | Town of Truro, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30079 | Town of Palmer, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30080 | Town of West Springfield, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30081 | Town of Winthrop, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40090 | Town of Spencer, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40091 | Town of Sutton, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40092 | Town of Warren, Massachusetts, et al v. Amerisourcebergen Drug Corporation et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 18−00403 | Holmes County, Mississippi v. Amerisourcebergen Drug Corporation et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 5 | 18−06085 | Nodaway County, Missouri v. AmerisourceBergen Drug Corporation et al |
| MOW | 5 | 18−06086 | Atchison County, Missouri v. AmerisourceBergen Drug Corporation et al |
| MOW | 5 | 18−06087 | City of Saint Joseph, Missouri v. AmerisourceBergen Drug Corporation et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| ~~NJ~~ | ~~2~~ | ~~18−10842~~ | ~~THE BOROUGH OF RIDGEFIELD, v. PURDUE PHARMA L.P. et al~~  Opposed 7/5/18 |
| ~~NJ~~ | ~~3~~ | ~~18−10901~~ | ~~MONMOUTH COUNTY v. PURDUE PHARMA L.P. et al~~  Opposed 7/3/18 |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18−00524 | ROWAN COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

RHODE ISLAND

| | | | |
|---|---|---|---|
| RI | 1 | 18−00317 | Town of Middletown, Rhode Island v. Amerisourcebergen Drug Corporation et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 1 | 18−00078 | Stephens County v. Purdue Pharma L.P. et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 18−00455 | Dane County, Wisconsin v. Amerisourcebergen Drug Corporation et al |