# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

July 9, 2018

United States District Court
Northern District of Ohio
Office of the Clerk
801 West Superior Avenue
Cleveland, OH 44113

Re: CITY OF LAWRENCE, INDIANA v. CARDINAL HEALTH, INC., et al
Cause Number: 1:18−cv−01836−TWP−MPB

To Whom it May Concern:

Pursuant to an Order dated July 6, 2018, the above file is being transferred to the United States District Court for the Northern District of Ohio. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs

By: s/Melanie Carmichael
Melanie Carmichael, Deputy Clerk

cc: Counsel of record